United States District Court
Southern District of Texas
**ENTERED**
February 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHEILA P., | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-25-764 |
| | § | |
| FRANK BISIGNANO, Acting | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

This court has reviewed de novo the cross-motions for summary judgment, (Docket Entry Nos. 12, 13); the related briefing and administrative record, (Docket Entry Nos. 7, 14); and the United States Magistrate Judge's Report and Recommendation, (Docket Entry No. 15). *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). No objections were filed. This court finds that the Magistrate Judge accurately identified the facts and correctly applied the law.

Based on this court's de novo review of the motion, the briefing, the record, and the applicable law, the court adopts the Report and Recommendation as this court's Memorandum and Order. The plaintiff's motion for summary judgment, (Docket Entry No. 12), is granted. The Commissioner's motion for summary judgment, (Docket Entry No. 13), is denied. The Commissioner's determination that the plaintiff is not disabled is reversed. The case is remanded to the Commissioner for further proceedings.

SIGNED on February 25, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge